USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

JAN 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANELA KOLENOVIC,

        Plaintiff,

      -against-

ABM INDUSTRIES, INC., ABM ENGINEERING
SERVICES COMPANY, ABM JANITORIAL
NORTHEAST, INC. and FRANCIS NAGROWSKI,

        Defendants.

Civil Action No. 08 CV 0067 (WHP)

**STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT**

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for all parties to this action, that the time for Defendants to answer, move or otherwise respond to

the Complaint herein is adjourned from January 30, 2008 through and until February 11, 2008.

This is the first extension requested by Defendants.

Date:  January 29, 2008
      New York, New York

Derek T. Smith (DTS 1747)
AKIN & SMITH, LLC
305 Broadway
Suite 1101
New York, NY 10007
212.587.0760

Attorneys for Plaintiff

Date:  January 29, 2008
      New York, New York

Craig R. Benson (CB 9531)
Deke W. Bond (DB 0349)
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants

**SO ORDERED.**

Dated:  January 30, 2008

United States District Judge