LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    ABM Janitorial Northeast, Inc. and Francis Nagrowski
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANELA KOLENOVIC,

            Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC. and FRANCIS NAGROWSKI,

            Defendants.

Civil Action No. 08 CV 0067 (WHP)

**F.R.C.P. 7.1**
**DISCLOSURE STATEMENT OF**
**DEFENDANT ABM JANITORIAL**
**NORTHEAST, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ABM Janitorial Northeast, Inc. ("ABM") (a private non-governmental party) certifies that (i) ABM's parent corporation is ABM Janitorial Services, Inc., which is a wholly-owned subsidiary of ABM Industries Incorporated, (ii) ABM Industries Incorporated is a publicly held corporation, and (iii) other than ABM Industries Incorporated, there are no publicly held corporations that own ten percent (10%) or more of ABM's stock.

- 2 -

Dated: February 11, 2008
      New York, New York

Respectfully Submitted,

LITTLER MENDELSON, P.C.

/s/ Deke W. Bond
_____
Craig R. Benson (CB 9531)
Deke W. Bond (DB 0349)
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendants ABM Janitorial
Northeast, Inc. and Francis Nagrowski

TO:    Derek T. Smith
        Akin & Smith, LLC
        Attorneys for Plaintiff
        305 Broadway, Suite 1101
        New York, NY 10007

        (via ECF and U.S. Mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANELA KOLENOVIC,

        Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC. and FRANCIS NAGROWSKI,

        Defendants.

Civil Action No. 08 CV 0067 (WHP)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2008, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

    Derek T. Smith
    Akin & Smith, LLC
    Attorneys for Plaintiff
    305 Broadway
    Suite 1101
    New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February 2008, in New York, New York.

*Pat Seward*
_____
Pat Seward

Firmwide:84236268.1 052796.1017