LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    ABM Janitorial Northeast, Inc. and Francis Nagrowski
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANELA KOLENOVIC,

        Plaintiff,                                Civil Action No. 08 CV 0067 (WHP)

   -against-

ABM INDUSTRIES, INC., ABM ENGINEERING    **NOTICE OF APPEARANCE**
SERVICES COMPANY, ABM JANITORIAL
NORTHEAST, INC. and FRANCIS NAGROWSKI,

        Defendants.

---

      PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendants ABM Janitorial Northeast, Inc. and Francis Nagrowski in the above-captioned matter.

Dated: February 11, 2008          Respectfully Submitted,
       New York, New York

                                                 LITTLER MENDELSON, P.C.

                                                 /s/ Deke W. Bond
                                                 Deke W. Bond (DB 0349)
                                                 885 Third Avenue, 16th Floor
                                                 New York, NY 10022.4834
                                                 212.583.9600 (telephone)
                                                 212.832.2719 (facsimile)
                                                 dbond@littler.com (email)

                                                 Attorneys for Defendants ABM Janitorial
                                                 Northeast, Inc. and Francis Nagrowski

- 2 -

TO: Derek T. Smith
    Akin & Smith, LLC
    Attorneys for Plaintiff
    305 Broadway
    Suite 1101
    New York, NY 10007

    (via ECF and U.S. Mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANELA KOLENOVIC,

        Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC. and FRANCIS NAGROWSKI,

        Defendants.

Civil Action No. 08 CV 0067 (WHP)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 11, 2008, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

    Derek T. Smith, Esq.
    Akin & Smith, LLC
    Attorneys for Plaintiff
    305 Broadway, Suite 1101
    New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February 2008, in New York, New York.

                                        */s/ Pat Seward*
                                        Pat Seward

Firmwide:84257326.1 052796.1017