LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
   ABM Janitorial Northeast, Inc. and Francis Nagrowski
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANELA KOLENOVIC,

        Plaintiff,                      Civil Action No. 08 CV 0067 (WHP)

      -against-

ABM INDUSTRIES, INC., ABM ENGINEERING      **NOTICE OF APPEARANCE**
SERVICES COMPANY, ABM JANITORIAL
NORTHEAST, INC. and FRANCIS NAGROWSKI,

        Defendants.

---

      PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendants ABM Janitorial Northeast, Inc. and Francis Nagrowski in the above-captioned matter.

Dated: February 11, 2008          Respectfully Submitted,
       New York, New York

                                          LITTLER MENDELSON, P.C.

                                          /s/ Craig R. Benson
                                          Craig R. Benson (CB 9531)
                                          885 Third Avenue, 16th Floor
                                          New York, NY  10022.4834
                                          212.583.9600 (telephone)
                                          212.832.2719 (facsimile)
                                          cbenson@littler.com (email)

                                          Attorneys for Defendants ABM Janitorial
                                          Northeast, Inc. and Francis Nagrowski

- 2 -

TO:  Derek T. Smith
     Akin & Smith, LLC
     Attorneys for Plaintiff
     305 Broadway
     Suite 1101
     New York, NY 10007

     (via ECF and U.S. Mail)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANELA KOLENOVIC,

       Plaintiff,                   Civil Action No. 08 CV 0067 (WHP)

  -against-

ABM INDUSTRIES, INC., ABM ENGINEERING   **CERTIFICATE OF SERVICE**
SERVICES COMPANY, ABM JANITORIAL
NORTHEAST, INC. and FRANCIS NAGROWSKI,

       Defendants.

I hereby certify that on February 11, 2008, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

    Derek T. Smith, Esq.
    Akin & Smith, LLC
    Attorneys for Plaintiff
    305 Broadway, Suite 1101
    New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February 2008, in New York, New York.

                                                  /s/ Rosa Grana_____
                                                  Rosa Grana

Firmwide:84275571.1 052796.1017