02/27/2008 02:56   12125874169           LAW_OFFICES         PAGE 02/03

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANELA KOLENOVIC,

    Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING
SERVICES COMPANY, ABM JANITORIAL
NORTHEAST, INC. and FRANCIS NAGROWSKI,

    Defendants.

Civil Action No. 08 CV 0067 (WHP)

STIPULATION

FEB 12 2008

---

IT IS HEREBY STIPULATED AND AGREED that Defendant ABM JANITORIAL NORTHEAST, INC. was Plaintiff's employer at all times material to the above-captioned action.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action, that ABM INDUSTRIES, INC. and ABM ENGINEERING SERVICES COMPANY be dismissed, without prejudice, as Defendants from this action.

Date: February 7, 2008
    New York, New York

_____
Darek T. Smith (DTS 1747)
AKIN & SMITH, LLC
305 Broadway
Suite 1101
New York, NY 10007
212.587.0760

Attorneys for Plaintiff

Date: February 7, 2008
    New York, New York

_____
Craig R. Benson (CB 9531)
Dale W. Bond (DB 0349)
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/20/08