```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SANELA KOLENOVIC,                          :
                                           :      08 Civ. 067 (WHP)
                    Plaintiff,       :
                                           :      SCHEDULING ORDER
      -against-                           :
                                           :
ABM INDUSTRIES, INC., et al.               :
                                           :
                  Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for an initial pre-trial conference on April 4, 2008, the following schedule is established on consent of the parties:

1. The parties shall complete discovery by July 15, 2008;

2. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by August 29, 2008; and

3. A final pre-trial conference shall take place on September 5, 2008 at 11:30 a.m.

Dated: April 4, 2008
      New York, New York

                                  SO ORDERED:

                                _____
                                  WILLIAM H. PAULEY III
                                       U.S.D.J.

*Counsel of record:*

Derek Todd Smith, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

Deke Wayne Bond, Esq.
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
*Counsel for Defendants*