UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
SANELA KOLENOVIC,                :
                                 :    08 Civ. 067 (WHP)(DCF)
                Plaintiff,       :
                                 :    ORDER OF REFERENCE TO
                                 :    MAGISTRATE JUDGE
        -against-                :
                                 :
ABM INDUSTRIES, INC., et al.,    :
                                 :
                Defendants.      :
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  April 7, 2008
        New York, New York

                                          _____
                                          UNITED STATES DISTRICT JUDGE
                                          WILLIAM H. PAULEY III

*Counsel of record:*

Derek Todd Smith, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

Deke Wayne Bond, Esq.
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
*Counsel for Defendants*