```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SANELA KOLENOVIC,                  :
                                        08 Civ. 067 (WHP)
                Plaintiff,         :
                                        SCHEDULING ORDER
        -against-                  :

ABM INDUSTRIES, INC., et al.       :

                Defendants.        :
-----------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having appeared before this Court for a pre-motion conference on August 22, 2008, the following schedule is established on consent of the parties:

1. Defendants shall serve and file their motion for summary judgment by September 26, 2008;

2. Plaintiff shall serve and file her opposition to the motion by October 24, 2008;

3. Defendants shall serve and file any reply by November 3, 2008; and

4. Oral argument concerning the motion shall take place on November 20, 2008 at 3:00 p.m.

Dated: August 22, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

*Counsel of record:*

Derek Todd Smith, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

Deke Wayne Bond, Esq.
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
*Counsel for Defendants*