

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANELA KOLENOVIC,

        Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING
SERVICES COMPANY, ABM JANITORIAL
NORTHEAST, INC. and FRANCIS NAGROWSKI,

        Defendants.

Civil Action No. 08 CV 0067 (WHP)

STIPULATION AND PROPOSED ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2010
```

---

    WHEREAS, all claims that were asserted by Plaintiff in the above-captioned Complaint have been dismissed, with prejudice, on summary judgment, except for Plaintiff's gender-based hostile work environment claim under New York City Law (the "Claim"); and

    WHEREAS, the Court has indicated its intention not to exercise supplemental jurisdiction over the Claim;

    The Parties Stipulate as follows:

    1.    The Court shall remand the Claim to the Supreme Court of the State of New York, County of New York. Defendants shall not contest venue.

    2.    The decision of the Federal Court of Appeals for the Second Circuit shall be in effect and binding in the State Court action.

    3.    All of the discovery (including depositions) in the Federal Action shall be accepted by the parties as all of the discovery (including depositions) in the State Court action. The parties shall seek no further discovery concerning the Claim.

    4.    Within 30 days of the Court's remand, Plaintiff shall file a Note of Issue with the Supreme Court of the State of New York, County of New York.

5.  In accordance with the New York Civil Practice Law and Rules, Defendants may file a motion for summary judgment on the Claim.

Dated: June 21, 2010
New York, New York

_____
Derek T. Smith (dtslaws@msn.com)
AKIN & SMITH, LLC
30 Broad Street
35th Floor
New York, NY 10007
212.587.0760

Attorneys for Plaintiff

Dated:  June ___, 2010
New York, New York

_____
Craig R. Benson (cbenson@littler.com)
LITTLER MENDELSON
A Professional Corporation
900 Third Avenue, 8th Floor
New York, NY 10022
212.583.9600

Attorneys for Defendants

So Ordered:

_____
U.S.J.
June 23, 2010